IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA         :
                                 :
v.                               :       CRIMINAL NO. CCB-07-0544
                                 :
JUNA HOWARD                      :
                      ...o0o...

## MEMORANDUM

I have considered the Motion to Dismiss filed pro se by defendant Juna Howard on November 25, 2008, which has not been opposed by the government. Mr. Howard was detained on these pending drug charges beginning December 5, 2007. Motions were filed by court-appointed counsel in April, 2008 but not responded to by government counsel. A status report due from the government May 22, 2008 was not received. On July 9, 2008 the court ordered a status report to be provided by July 25, 2008 if the government intended to proceed with the case. No report was provided. In short, the government has taken no apparent action to prosecute this case since April, 2008.

Accordingly, by separate Order I am granting Juna Howard's motion to dismiss. The government is hereby put on notice that the charges against defendant Charles Willis also will be dismissed unless good cause to the contrary is shown by **December 30, 2008**.

December 17, 2008                         _____
     Date                                       Catherine C. Blake
                                                United States District Judge